**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| HEALTHCARE FACILITY MANAGEMENT LLC d/b/a CommuniCare Family of Companies, <br><br>    Plaintiff, <br><br>        v. <br><br> MARY JHANE ENGNAN, <br><br>    Defendant. | Case No. 1:23-cv-246 <br><br> Judge Michael R. Barrett |
| HEALTHCARE FACILITY MANAGEMENT LLC d/b/a CommuniCare Family of Companies, <br><br>    Plaintiff, <br><br>        v. <br><br> ARMAN CANDELARIA, <br><br>    Defendant. | Case No. 1:23-cv-247 <br><br> Judge Michael R. Barrett |
| HEALTHCARE FACILITY MANAGEMENT LLC d/b/a CommuniCare Family of Companies, <br><br>    Plaintiff, <br><br>        v. <br><br> SHERRA MAY VEGA, <br><br>    Defendant. | Case No. 1:23-cv-248 <br><br> Judge Michael R. Barrett |

| | |
|---|---|
| HEALTHCARE FACILITY MANAGEMENT LLC d/b/a CommuniCare Family of Companies,<br><br>  Plaintiff,<br><br>  v.<br><br>JEDDALYN RAMOS,<br><br>  Defendant. | Case No. 1:23-cv-249<br><br>Judge Michael R. Barrett |
| HEALTHCARE FACILITY MANAGEMENT LLC d/b/a CommuniCare Family of Companies,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFFREY BANAYAT,<br><br>  Defendant. | Case No. 1:23-cv-250<br><br>Judge Michael R. Barrett |

**PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL OF DECLARATION IN SUPPORT OF ATTORNEY FEE AWARD**

Plaintiff Healthcare Facility Management d/b/a CommuniCare Family of Companies ("CommuniCare"), by and through the undersigned counsel, and with the consent of all parties to this action, hereby respectfully withdraws its Declaration in Support of Attorney Fee Award ("Declaration"), seeking fees in the amount of $37,463.00, from Mary Jhane Engnan ("Engnan") (ECF No. 23), Arman Candelaria ("Candelaria") (ECF No. 24), Sherra May Vega ("Vega") (ECF No. 21), Jeddalyn Ramos ("Ramos") (ECF No. 20), and Jeffrey Banayat ("Banayat") (ECF No. 21), pursuant to the Court's September 11, 2023 Order granting CommuniCare's Motion to Remand and instructions to CommuniCare to file an application for reasonable attorneys' fees and costs in Engnan (ECF No. 21), Candelaria (ECF No. 22), Vega (ECF No. 19), Ramos (ECF No. 18), and Banayat (ECF No. 19).

The parties have entered into a Confidential Settlement Agreement, and CommuniCare no longer seeks attorneys' fees and costs in these matters. Defendants do not oppose this Motion.

**WHEREFORE**, for good cause shown, CommuniCare respectfully moves this Court to allow CommuniCare to withdraw its Declaration.

Respectfully submitted,

*s/ Jonathon J. Korinko*
Jonathon J. Korinko (0088407)
Jaquan S. Williams  (0100189)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email: jkorinko@beneschlaw.com
　　　　jawilliams@beneschlaw.com

*Attorneys for Plaintiff Healthcare Facility Management d/b/a CommuniCare Family of Companies*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2025, a copy of the foregoing *Plaintiff's Unopposed Motion for Withdrawal of Declaration in Support of Attorney Fee Award* was served via the Court's e-filing system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic system.

*s/ Jonathon J. Korinko*
Jonathon J. Korinko (0088407)

*One of the Attorneys for Plaintiff Healthcare Facility Management d/b/a CommuniCare Family of Companies*